**STUDENTS OF CALIFORNIA SCHOOL FOR THE BLIND, et al., Plaintiffs-Appellees,**

v.

**Bill HONIG, in his capacity as Superintendent of Public Instruction of the State of California, et al., Defendants-Appellants.**

No. 84–1506.

United States Court of Appeals, Ninth Circuit.

May 13, 1985.

**ORDER**

Before CHOY, PREGERSON, and REINHARDT, Circuit Judges.

fornia, sitting by designation.

Pursuant to the decision of the United States Supreme Court in *Bill Honig, Superintendent of Public Instruction of California, et al., v. Students of the California School for the Blind, et al.,* ── U.S. ──, 105 S.Ct. 1820, 85 L.Ed.2d 114 (1985), which vacated our opinion in this matter, 736 F.2d 538, the case is remanded to the district court for further proceedings consistent with the decision of the Supreme Court.